FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2023 MAY -2  PM 3: 39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

UNITED STATES OF AMERICA

v.                              CASE NO. 6:23-cr-86-RBD-EJK

OLIVER BARRINGTON KING         18 U.S.C. § 666(a)(1)(A)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning in or about December 2016, and continuing through in or about November 2018, in the Middle District of Florida, and elsewhere, the defendant,

OLIVER BARRINGTON KING,

being an agent of M.C.H., an agency of an organization receiving benefits from the Department of Housing and Urban Development in excess of $10,000.00 in each of the calendar years 2016, 2017, and 2018, embezzled, stole, obtained by fraud, and intentionally misapplied property worth at least $5,000.00, to wit, money that was under the care, custody, or control of that organization.

In violation of 18 U.S.C. § 666(a)(1)(A).

### FORFEITURE

1.   The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation 18 U.S.C. § 666, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense.

3. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture of at least $16,618.91, which represents the proceeds the defendant obtained from the charged offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: *[signature]*

Shannon Laurie
Assistant United States Attorney

By: For: *[signature]*

Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division